UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTOPHER GAUDET | CIVIL ACTION |
| VERSUS | NO. 22-271 |
| TIM HOOPER, WARDEN | SECTION M (1) |

## ORDER

Having considered the petition, the record, the applicable law, the magistrate judge's Report and Recommendation ("R&R") (R. Doc. 10), and the failure of any party to file any objection to the R&R, the Court hereby approves the R&R and adopts it as its own opinion. Accordingly,

IT IS ORDERED that the federal application for habeas corpus relief filed by Christopher Gaudet is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 25th day of July, 2022.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE